1  NORMAN L. SMITH, ESQ. [CA SBN 106344]
   SOLOMON WARD SEIDENWURM & SMITH, LLP
2  401 B Street, Suite 1200
   San Diego, California 92101
3  Telephone: (619) 231-0303
   Facsimile: (619) 231-4755

Attorneys for Plaintiffs GLG Australia
Pty Ltd and Pricotech Leisure Brands

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GLG AUSTRALIA PTY LTD, an Australian company; and PRICOTECH LEISURE BRANDS, an Australian company,<br><br>Plaintiffs,<br><br>v.<br><br>EVEN TEMP, INC., a Nebraska corporation; JOHNSON GAS APPLIANCE COMPANY, an Iowa corporation; and DOES 1 through 25, inclusive,<br><br>Defendants. | CASE NO.  CIV S-03-1456 MCE PAN<br><br>**STIPULATED DISMISSAL OF ENTIRE ACTION AND ORDER THEREON**<br><br>District Court Judge Morrison C. England, Jr. |

## STIPULATED DISMISSAL

The parties hereby stipulate that this entire action shall be dismissed with prejudice.

DATED: May __, 2004          SOLOMON WARD SEIDENWURM & SMITH, LLP
                             By: _____
                                 NORMAN L. SMITH
                                 Attorneys for Plaintiffs

1
2  KRONICK, MOSKOVITZ, TIEDEMANN & GIRARD
3
4
5
6  DATED: May __, 2004

   By: _____
   PAUL W. TOZER
7  Attorneys for Defendants

**ORDER**
8
9     IT IS SO ORDERED.

10
11 Dated: April 27, 2005
12
                                        _____
13                                      MORRISON C. ENGLAND, JR
                                        UNITED STATES DISTRICT JUDGE
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28